**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Alan KLAES, Defendant-Appellant.**

No. 71-2765
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 4, 1972.

Rehearing Denied Feb. 28, 1972.

Before BELL, DYER and CLARK,
Circuit Judges.

PER CURIAM:

Klaes' sole contention is that only hearsay evidence was presented to the grand jury, and therefore the indictment should have been dismissed. This contention is without merit. *See* Costello v. United States, 350 U.S. 359, 76 S.Ct. 406, 100 L.Ed. 397 (1956); United States v. Gower, 447 F.2d 187 (5th Cir. 1971). The judgment is

Affirmed.

**ESTATE of E. Brooks GLASS, Jr., Deceased, et al., Petitioners-Appellants,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.**

No. 71-2071.

United States Court of Appeals,
Fifth Circuit.

Feb. 11, 1972.

Paul Johnston, Birmingham, Ala., for petitioners-appellants.

K. Martin Worthy, Chief Counsel, Internal Revenue Service, Washington, D. C., Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks, Fred B. Ugast, Acting Asst. Atty. Gen., Harry Baum, Thomas Stapleton, David E. Carmack, Attys., Tax Division, United States Department of Justice, Washington, D. C., for respondent-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed for the reasons set forth in the published opinion of the Tax Court. Estate of Glass v. Commissioner of Internal Revenue, 55 T.C. 543 (1970).

Affirmed.